## Commonwealth v. Alexander, Appellant.

Argued June 16, 1971. *John W. Packel*, Assistant Defender, with him *Thomas C. Carroll*, Assistant Defender, and *Vincent J. Ziccardi*, Defender, for appellant; *Milton M. Stein*, Assistant District Attorney, with him *Norris E. Gelman*, Assistant District Attorney, *James D. Crawford*, Deputy District Attorney, *Richard A. Sprague*, First Assistant District Attorney, and *Arlen Specter*, District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM: Judgment of sentence on the count charging possession of narcotic drugs, is affirmed. Judgment of sentence on the count charging sale, or transfer, of narcotic drugs, is vacated. See *Commonwealth ex rel. Ciampoli v. Heston*, 292 Pa. 501, 141 A. 287 (1928); *Commonwealth v. Phillips*, 215 Pa. Superior Ct. 5, 257 A. 2d 81 (1969).

SPAULDING, J., absent.